**Order entered October 7, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01017-CV

**KALA DHARMA, Appellant**

**V.**

**WHITLEY PENN, LLP, Appellee**

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-12551**

## ORDER

The Court has reviewed the clerk's record in this case and has determined that the clerk's record does not include the motion for new trial filed by appellant on June 26, 2015 or the request for findings of fact and conclusions of law filed on June 9, 2015 according to appellant's notice of appeal, but not reflected on the trial court's case summary. Accordingly, the Court **ORDERS** Felicia Pitre, Dallas County District Clerk, to file and certify **within five (5) days of the date of this order** a supplemental clerk's record including the motion for new trial and request for findings of fact and conclusions of law or certification that the documents cannot be located.

/s/     ELIZABETH LANG-MIERS
        JUSTICE